UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| Penny Bryan | ) |
| | ) |
| | ) Case No. 3:10-0771 |
| | ) Judge Campbell |
| | ) |
| | ) |
| Philadelphia Indemnity Insurance Company | ) |

ENTRY OF JUDGMENT

     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on March 8, 2011.

     KEITH THROCKMORTON, CLERK
     s/   Angie Brewer, Deputy Clerk